122 F.3d 1250
 1997 A.M.C. 2740
 SARATOGA FISHING CO., Plaintiff-Appellee,
v.
MARCO SEATTLE INC., Defendant-Appellant,
and
J.M. Martinac & Co.; Caterpillar Tractor Co.; Southwest
Marine Hardware, Inc., Defendants.
SARATOGA FISHING CO., Plaintiff-Appellant,
v.
MARCO SEATTLE INC.; Southwest Marine Hardware, Inc.;
Caterpillar Tractor Co.; J.M. Martinac & Co.,
Defendants-Appellees.
SARATOGA FISHING CO., Plaintiff-Appellee,
v.
J.M. MARTINAC & CO., Defendant-Appellant.
 Nos. 93-56344, 93-56368 and 93-56501.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 20, 1997.
 
 1
 On Remand from the United States Supreme Court.
 
 
 2
 Before: BEEZER and JOHN T. NOONAN, JR., Circuit Judges, and EZRA,* District Judge.
 
 
 3
 In accordance with the Supreme Court's decision in Saratoga Fishing Co. v. J.M. Martinac & Co., --- U.S. ----, 117 S. Ct. 1783, 138 L.Ed.2d 76 (1997) (reversing section IV A of our previous opinion), and our decision in this matter, 69 F.3d 1432 (9th Cir. 1993), we affirm the district court.
 
 
 
 *
 The Honorable David A. Ezra, United States District Judge for the district of Hawaii, sitting by designation